**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:                                          Case No. 20-31857-WRS
                                                Chapter 13
KRYSTINA PAPA

_____ Debtor (s)

**<u>TRUSTEE'S NOTICE OF WITHDRAWAL OF TRUSTEE'S OBJECTION TO CONFIRMATION @ DE #23</u>**

    COMES NOW, the Trustee, and hereby gives notice of withdrawal of TRUSTEE'S OBJECTION TO CONFIRMATION @ DE #23 previously filed in this case.

Respectfully submitted Thursday, February 11, 2021.

Sabrina L. McKinney
Chapter 13 Standing Trustee

By: /s/ *Sabrina L. McKinney*
_____
Sabrina L. McKinney
Chapter 13 Standing Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone:  (334)262-8371
Fax: (334)262-8599
email:  13Trustee@ch13mdal.org

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice of Withdrawal of TRUSTEE 'S OBJECTION TO CONFIRMATION @ DE #23 on the parties listed below by placing the same in the United States Mail, postage prepaid and properly addressed, or by electronic mail with the court, Thursday, February 11, 2021.

/s/ *Sabrina L. McKinney*

Sabrina L. McKinney
Chapter 13 Standing Trustee

Copy to: KRYSTINA PAPA
GAIL HUGHES DONALDSON (via electronic filing)