UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 20−31857
                                                         Chapter 13
Krystina Papa ,

    Debtor.

## ORDER CONFIRMING PLAN

    The debtor's plan filed on December 30, 2020, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

    It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

    It is further **ORDERED** that any proposed lien avoidance in the debtor's plan is hereby avoided to the extent the debt is not otherwise provided for by the plan.

Dated March 25, 2021

                                                         William R. Sawyer
                                                         United States Bankruptcy Judge

United States Bankruptcy Court

Middle District of Alabama

In re:  Case No. 20-31857-WRS
Krystina Papa  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2    User: admin    Page 1 of 3
Date Rcvd: Mar 25, 2021    Form ID: van297a    Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Krystina Papa, 3412 Woodhill Road, Montgomery, AL 36109-1336 |
| cr | + | Chase Park Apartments, C/O Darby Law Firm, LLC, P. O. Box 3905, Montgomery, Al 36109-0905 |
| cr | + | Eagle Landing Apartments, C/O Darby Law Firm LLC, PO Box 3905, Montgomery, AL 36109-0905 |
| cr | | GUARDIAN CREDIT UNION, C/O CHAMBLESS MATH & CARR, PC, PO BOX 230759, MONTGOMERY, AL 36123-0759 |
| 4471888 | | BRIAN JORDAN HARRAH, 2900 PINEHAARDT DRIVE, MONTGOMERY, AL 36109-2106 |
| 4471889 | + | CHASE PARK APARTMENTS, 2421 CHASE PARK DR., MONTGOMERY, AL 36110-3050 |
| 4471890 | + | CHECK N GO, 2851 E SOUTH BLVD, STE. C, MONTGOMERY, AL 36116-2513 |
| 4479529 | | Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 4471894 | + | EASTERN ACCOUNT SYSTEM I, 3 CORPORATE DR., DANBURY, CT 06810-4166 |
| 4471895 | + | EMERGENCY SVC OF MONTGOMERY, C/O PHOENIX FINANCIAL SERVICES, 8901 OTIS AVE, INDIANAPOLIS, IN 46216-1127 |
| 4471886 | + | EXPERIAN, PO BOX 9701, Allen, TX 75013-9701 |
| 4471898 | + | FIRST PREMIER BANK, DANA J. DYKHOUSE, CEO, 601 SOUTH MINNESOTA AVE, SIOUX FALLS, SD 57104-4824 |
| 4471897 | | FIRST PREMIER BANK, P.O. BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 4471899 | | GINA J. ISHMAN, CLERK, P.O. BOX 1667, MONTGOMERY, AL 36102-1667 |
| 4471901 | ++ | GUARDIAN CREDIT UNION, 1789 CONGRESSMAN W L DICKNSON DR, MONTGOMERY AL 36109-2601 address filed with court:, GUARDIAN CREDIT UNION, C/O HEATH HARRELL, CEO, 418 MADISON AVENUE, MONTGOMERY, AL 36104 |
| 4471900 | + | GUARDIAN CREDIT UNION, 1028 LAGOON BUSINESS LOOP, MONTGOMERY, AL 36117-8617 |
| 4483146 | + | JACKSON HOSPITAL, c/o HOLLOWAY CREDIT SOLUTIONS, PO BOX 230609, MONTGOMERY, AL 36123-0609 |
| 4471903 | + | JACKSON MONTGOMERY EMERGENCY PHYS LLC., C/O MIDWEST RECOVERY SYSTEMS LLC., 514 EARTH CITY PLAZA, STE. 100, EARTH CITY, MO 63045-1303 |
| 4471906 | | MATRIX TROY MHP, LLC., C/O RICHARD FRANKLIN, JR., 621 S. HULL STREET, MONTGOMERY, AL 36104-5807 |
| 4471907 | ++ | MID ATLANTIC FINANCE, 4592 ULMERTON ROAD, CLEARWATER FL 33762-4107 address filed with court:, MID ATLANTIC FINANCE CO, 4592 ULMERTON ROAD, SUITE 200, CLEARWATER, FL 33762-3505 |
| 4498650 | | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023 Hutchinson, KS. 67504 |
| 4471909 | + | RECOVERIES, C/O CHARTER COMMUNICATIONS, 12238 SILICON DRIVE, STE. 129, SAN ANTONIO, TX 78249-3459 |
| 4471910 | + | SMALL LOANS, C/O CREDIT BUREAU COLL DEPT, PO BOX 230609, MONTGOMERY, AL 36123-0609 |
| 4481724 | + | THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, An A, c/o CHAMBLESS-MATH & CARR, PC, P.O. BOX 230759, MONTGOMERY, AL 36123-0759 |
| 4471911 | | U.S. ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVE, NW, WASHINGTON, DC 20530-0001 |
| 4471914 | + | WOW CABLE, 770 N. EASTERN BLVD, MONTGOMERY, AL 36117-8619 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4471891 | + | Email/Text: bncnotices@becket-lee.com | Mar 25 2021 22:54:00 | CONN APPLIANCES INC., BOX 2358, BEAUMONT, TX 77704-2358 |
| 4471893 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 25 2021 20:51:00 | CREDIT ACCEPTANCE CORP, 25505 W 12 MILE RD, STE 300, SOUTHFIELD, MI 48034-8316 |
| 4471896 | + | Email/Text: bknotice@ercbpo.com | Mar 25 2021 20:53:00 | ENHANCED RECOVERY CORP., 8014 BAYBERRY ROAD, JACKSONVILLE, FL 32256-7412 |
| 4471902 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2021 20:52:00 | INTERNAL REVENUE SERVICE, |

| | | | |
| --- | --- | --- | --- |
| | | | CENTRALIZED INSOLVENCY OPERATIONS, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4471904 | + Email/Text: bankruptcy@ncaks.com | Mar 25 2021 20:51:00 | LOAN BY PHONE DBA CHECK INTO CASH, C/O NATIONAL CREDIT ADJUSTERS, PO BOX 550, HUTCHINSON, KS 67504-0550 |
| 4471905 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2021 22:49:39 | LVNV FUNDING LLC, C/O RESURGENT CAPITAL SVCS., PO BOX 10587, GREENVILLE, SC 29603-0587 |
| 4471908 | + Email/Text: info@phoenixfinancialsvcs.com | Mar 25 2021 20:51:00 | NES TENNESSEE INC., C/O PHOENIX FINANCIAL SVC LLC, 8902 OTIS AVE STE. 103A, INDIANAPOLIS, IN 46216-1009 |
| 4473733 | + Email/Text: ext_ebn_inbox@navyfederal.org | Mar 25 2021 22:55:18 | Navy Federal Credit Union, PO Box 3000, Merrifield VA 22119-3000 |
| 4471892 | Email/Text: smbk@smcredit.com | Mar 25 2021 20:51:00 | COVINGTON CREDIT, 150 EXECUTIVE CENTER DRIVE, BOX 112, GREENVILLE, SC 29615 |
| 4474719 | Email/Text: smbk@smcredit.com | Mar 25 2021 20:51:00 | COVINGTON CREDIT AL0011, c/o SOUTHERN MANAGEMENT, ATTN BK, P.O. BOX 1947, GREENVILLE, SC 29602 |
| 4471887 | Email/Text: bankruptcy@tritonmgt.com | Mar 25 2021 20:54:00 | ALWAYS MONEY, 447 N. EASTERN BLVD, MONTGOMERY, AL 36117 |
| 4471912 | + Email/Text: bnc-bluestem@quantum3group.com | Mar 25 2021 20:54:00 | WEBBANK/FINGERHUT, 6250 RIDGEWOOD RD, SAINT CLOUD, MN 56303-0820 |
| 4471913 | + Email/PDF: bk@worldacceptance.com | Mar 25 2021 22:25:41 | WORLD ACCEPTANCE CORP., ATTN: BANKRUPTCY PROCESSING CTR., PO BOX 6429, GREENVILLE, SC 29606-6429 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Mar 27, 2021 | Signature: | /s/Joseph Speetjens |
| --- | --- | --- |

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Gail Donaldson | |

| | |
|---|---|
| Larry E. Darby, Esq | on behalf of Debtor Krystina Papa Gdonaldson@bondnbotes.com gailhdonaldson@gmail.com |
| Larry E. Darby, Esq | on behalf of Creditor Eagle Landing Apartments LDarbyEsq@knology.net bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Leonard N. Math | on behalf of Creditor Chase Park Apartments LDarbyEsq@knology.net bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Sabrina L. McKinney | on behalf of Creditor GUARDIAN CREDIT UNION noticesmd@chambless-math.com |
| | trustees_office@ch13mdal.com |

TOTAL: 6